JOHN T. IRWIN, Respondent, *v.* THOMAS J. FOLEY, as President of Local Union 125 of International Union of Operating Engineers, et al., Appellants.

Argued June 13, 1941; decided July 29, 1941.

*Robert J. Fitzsimmons* and *Warren H. Mayell* for appellants.

*Isidore Beerman* and *Leon A. Beerman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., dissents and votes to reverse on the ground that the trial court was not bound as matter of law to give credence to the testimony of the plaintiff.